

**NUMBER 13-07-00380-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**ENER RENE GARCIA,**                                                                          **Appellant**,

**v.**

**ROCIO RIVERA GARCIA,**                                                                      **Appellee**.

---

**On appeal from the 92nd District Court of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was due on June 2, 2008. On August 4, 2008, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly

injured by the appellant's failure to timely file a brief.  Appellant has not responded to the Court's notice.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 30th day of October, 2008.